# EXHIBIT A

FROM :MAIL BOXES ETC.        FAX NO. :5018357011        May. 10 2006 04:30PM  P1



**UNION PACIFIC RAILROAD**
When accompanied with photo ID, this identifies the holder as qualified to operate locomotives. It is the only license required to operate locomotives and is issued pursuant to requirements established by the Federal Railroad Administration and contained in the 49 CFR, part 240.

| Name | Social Security No. |
|---|---|
| DANIELS, C L | 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 |

| Address | Class | Restriction |
|---|---|---|
| 1000 W. 4TH ST. N. Little Rock, AR 72114 | 01 | |

| Date of Birth | Date Issued | Effective Date | Expiration Date |
|---|---|---|---|
| 7/26/45 | 7/15/99 | 7/14/99 | 7/26/01 |

RESTRICTION CODES
01 — Corrective Lenses
02 — Hearing Aids
03 — Special Restrictions (Specify):

CLASS OF SERVICE CODES
01 — Train Service Engineer
02 — Locomotive Servicing Engineer
03 — Student Engineer

Signature of Supervisor Issuing Certificate

Annual Monitored Ride/Event Recorder (as per 240.129 &/or 240.229)

Signature of Supervisor/Title     Date
Signature of Supervisor/Title     Date
Signature of Supervisor/Title     Date