AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Charles Daniels and
Brotherhood of Locomotive
Engineers and Trainmen,
           Central Region
V.

**SUMMONS IN A CIVIL CASE**

Union Pacific Railroad
Company and
Locomotive Engineer Review
Board and Federal Railroad
Administration

CASE NUMBER  1:06CV00939

CASE JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 05/18/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 18 2006
CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  May 26, 2006 |
| NAME OF SERVER *(PRINT)*  Valerie A. Covarrubias | TITLE  Senior Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __The U.S. Attorney General was served by Certified Mail, return receipt requested__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 15, 2006__        *Valerie A. Covarrubias*
                Date                                Signature of Server

c/o James & Hoffman, P.C.
1101 17th Street, N.W., #510
*Address of Server*
Washington, D.C.  20036

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.