AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Charles Daniels and
Brotherhood of Locomotive
Engineers and Trainmen
    v.  Central Region

Union Pacific Railroad
Company and
Locomotive Engineer Review
Board and Federal Railroad
Administration

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00939

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 05/18/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     MAY 18 2006
CLERK     DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May, 24, 2006 |
| NAME OF SERVER (PRINT) Valerie A. Covarrubias | TITLE Senior Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __The U.S. Attorney was served by Certified Mail,__
__return receipt requested__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 15, 2006        *Valerie A. Covarrubias*
                  Date                   Signature of Server

c/o James & Hoffman, P.C.
1101 17th Street, N.W., #510
Address of Server
Washington, D.C.  20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.