AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Charles Daniels and
Brotherhood of Locomotive Engineers
and Trainmen, Central Region

**SUMMONS IN A CIVIL CASE**

V.

Union Pacific Railroad Company
and
Locomotive Engineer Review Board
and Federal Railroad Administration

CA CASE NUMBER  1:06CV00939

JUDGE:  Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 05/18/2006

TO: (Name and address of Defendant)

Locomotive Engineer Review Board
1120 Vermont Avenue, N.W.
Stop 35
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 1 8 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *June 5, 2006* |
| NAME OF SERVER *(PRINT)* Valerie A. Covarrubias | TITLE Senior Legal Secretary |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):   The Locomotive Engineer Review Board was served by Certified Mail,
return receipt requested

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 15, 2006                *Valerie A. Covarrubias*
　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

c/o James & Hoffman, P.C.
1101 17th Street, N.W., #510
*Address of Server*
Washington, D.C.  20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.