AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Charles Daniels and
Brotherhood of Locomotive Engineers
and Trainmen, Central Region

**SUMMONS IN A CIVIL CASE**

V.

Union Pacific Railroad Company
and
Locomotive Engineer Review Board
and Federal Railroad Administration

CASE NUMBER   1:06CV00939

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 05/18/2006

TO: (Name and address of Defendant)

Federal Railroad Administration
1120 Vermont Avenue, N.W.
Stop 35
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           MAY 18 2006
CLERK                                 DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 31, 2006 |
| NAME OF SERVER (PRINT)<br>Valerie A. Covarrubias | TITLE<br>Senior Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __The Federal Railroad Administration was served by Certified Mail, return receipt requested__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 15, 2006         *Valerie A. Covarrubias*
                  Date                        Signature of Server

c/o James & Hoffman, P.C.
1101 17th Street, N.W., #510

Address of Server
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.