IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:06CV00939 |
| UNION PACIFIC RAILROAD ) | Judge: Royce C. Lamberth |
| COMPANY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION OF DEFENDANT UNION PACIFIC RAILROAD COMPANY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Union Pacific Railroad Company ("Union Pacific"), by counsel, hereby moves this Court for an extension of time to answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Union Pacific states as follows:

1. Union Pacific was served with the plaintiffs' Complaint on or about June 9, 2006.

2. Union Pacific's counsel has not asked previously for any extension of time in this case.

3. Union Pacific requires an extension of time to answer or otherwise respond to the Complaint because soon after it was served, the responsible attorney in Union Pacific's legal department, Henry Carnaby, was admitted to the hospital for emergency heart bypass surgery. This emergency delayed the retention of outside counsel and the transmission of the relevant records to counsel. Outside counsel first received those records today, June 26, 2006, and has not had an opportunity to review them, much less formulate a responsive pleading. In addition, outside counsel is currently responsible for the preparation of a brief to the Eighth Circuit Court of Appeals, which must be filed no later than July 5, 2006.

    4.       For these reasons, Union Pacific respectfully requests that it be permitted until July 14, 2006 to file its responsive pleading in this matter.

    5.       Counsel for Union Pacific has contacted Edgar N. James, counsel for plaintiffs, who has stated that he has no objection to the granting of this motion.

WHEREFORE, Union Pacific respectfully requests that the Court grant this motion and extend defendant's time to answer or otherwise plead to and including July 14, 2006. A proposed Order is attached.

                Respectfully submitted,

                \s\ Donald Munro
                Donald J. Munro
                D.C. Bar No. 453600
                GOODWIN PROCTER LLP
                901 New York Ave., N.W.
                Washington, DC 20001
                (202) 346-4000

                Counsel for Union Pacific Railroad Company

June 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2006, I served the foregoing Unopposed Motion of Defendant Union Pacific Railroad Company for Extension of Time to Answer or Otherwise Plead upon counsel for plaintiffs, Edgar N. James, James & Hoffman, P.C., 1101 17th Street, N.W., Suite 510, Washington, DC 20036, via electronic mail.

_____
Jeffrey D. Skinner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00939 |
| ) | Judge: Royce C. Lamberth |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON consideration of the Unopposed Motion for an Extension of Time to Answer or Otherwise Plead by Defendant Union Pacific Railroad Company ("Union Pacific"), and for the reasons stated therein, it is hereby ORDERED that Union Pacific's motion is GRANTED and it is further ORDERED that Union Pacific shall have up to and including July 14, 2006 to answer or otherwise plead to the Complaint in this matter.

_____
United States District Judge

Date: _____