UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **CHARLES DANIELS,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-939 (RCL) |
| | ) | |
| **UNION PACIFIC RAILROAD** | ) | |
| **COMPANY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of the unopposed motion [7] for an extension of time to answer or other plead by defendant Union Pacific Railroad Company ("Union Pacific"), and for the reasons stated therein, it is it is hereby

ORDERED that Union Pacific's motion [7] is GRANTED; and it is further

ORDERED that Union Pacific shall have up to and including July 14, 2006 to answer or otherwise plead to the complaint in this matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 27, 2006.