# EXHIBIT A

FROM :MAIL BOXES ETC.                    FAX NO. :5018357011              May. 10 2006 04:30PM P1

