UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0939 (RCL) |
| UNION PACIFIC RAILROAD CO, et. al., | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant United States Attorney, as counsel of record for defendants Federal Railroad Administration and Locomotive Engineer Review Board in the above-captioned case.

Respectfully submitted,

/s/
PETER BLUMBERG, D.C. Bar No. 463247
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514 - 7157