IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIELS, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 06-CV-00939 | |
| ) | | |
| UNION PACIFIC RAILROAD ) | Judge Royce C. Lamberth | |
| COMPANY, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**ORDER**

Upon consideration of the Motion to Dismiss or, in the Alternative, for Summary Judgment by defendant Union Pacific Railroad Company ("Union Pacific"), the opposition thereto, and the entire record in this case, it is hereby ORDERED that

Union Pacific's motion shall be and hereby is GRANTED. It is further ORDERED that the First Amended Complaint shall be dismissed with prejudice as to Union Pacific, pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____

UNITED STATES DISTRICT JUDGE

DATE: _____