IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELS, et al., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY, et al., )<br>)<br>        Defendants. ) | Case Number 1:06-CV-00939<br><br>Judge Royce C. Lamberth |

## CONSENT MOTION

Defendant Union Pacific Railroad Company ("UP"), has filed a motion to dismiss, and plaintiff's opposition is due pursuant to Local Rule 7 and Fed. R. Civ. P. 6 (a) and (e) on July 26, 2006. The governmental defendants are seeking an extension within which to answer or otherwise plead until August 24, 2006. Counsel for plaintiff will be unavailable for two weeks and seeks an extension of time until August 21, 2006 within which to respond to UP's motion. The parties have conferred and all parties agree that the plaintiffs may have until August 21, 2006 to respond to UP's motion.

Respectfully submitted,

Date: 7/14/06

_____
Edgar N. James
D.C. Bar No. 333013
JAMES & HOFFMAN, P.C.
1101 17th Street, N.W.
Washington, DC 20036-4704
Phone: 202-496-0500
Fax:   202-496-0555

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of July, 2006, I caused a copy of Plaintiff's Consent Motion for Extension of Time to be served by first class mail, postage prepaid, on the following counsel for defendants:

Jonathan Kaplan, Esq.
Office of Chief Counsel
Federal Railroad Administration
1120 Vermont Avenue, N.W.
Stop 35
Washington, D.C. 20005

Peter D. Bloomberg, Esq.
Assistant U.S. Attorney
Civil Division
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

Donald J. Munro, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

_____
Edgar N. James