IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIELS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case Number 1:06-CV-00939 |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, et al., | ) | Judge Royce C. Lamberth |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for an Extension of Time to respond to defendant Union Pacific Railroad Company's motion to dismiss until August 21, 2006, which has been consented to by counsel for the defendants, it is hereby

ORDERED, that the plaintiff shall have until August 21, 2006 within which to respond to defendant Union Pacific Railroad Company's motion to dismiss.

_____                                        _____
Date Order Entered:                                                          Judge Royce C. Lamberth