IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES DANIELS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-00939-RCL |
| | ) | |
| UNION PACIFIC RAILROAD CO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' CONSENT MOTION
FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO
ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendants Locomotive Engineer Review Board and Federal Railroad Administration ("Federal Defendants") respectfully move this Court for an enlargement of time, through and including August 24, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of original Complaint on May 24, 2006, and plaintiffs filed the First Amended Complaint on July 7, 2006. Consequently, federal defendants' answer, motion or other response is currently due on July 24, 2006.

2. Federal Defendants need additional time to prepare a response to the Amended Complaint. This time is needed because Federal Defendants' counsel has had a large number of filing deadlines in other cases in the early part of July in anticipation of an extended absence from the office in the last two weeks of July.

3. Federal Defendants therefore request an enlargement of time within which to answer, move or otherwise respond to the Amended Complaint, through and including August 24, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

5. This is the first enlargement of time sought in this matter by Federal Defendants.

6. Pursuant to Local Rule 7m, counsel for Federal Defendants has consulted with counsel for plaintiff and co-defendants. All counsel have graciously given consent to the relief requested.

For these reasons, Federal Defendants request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond to the Amended Complaint. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: July 18, 2006