IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00939-RCL |
| ) | |
| UNION PACIFIC RAILROAD CO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>ORDER</u>**

This matter comes before the Court on Federal Defendants' Consent Motion for Extension of Time Within Which to Answer, Move or Otherwise Respond to the Amended Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall answer, move or otherwise respond to the Amended Complaint on or before August 24, 2006.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE