IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELS, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-CV-00939 |
| | ) |
| v. | ) Judge Royce C. Lamberth |
| | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rules 83.6(a), 83.2(c) and 83.2(d), Plaintiff Charles Daniels, et al., respectfully submits this Notice of Entry of Appearance and Motion for Admission Pro Hac Vice.

Plaintiff first informs the Court and the defendants that Edgar N. James, Esq. (DC Bar No. 333013), of the law firm James & Hoffman, P.C., 1101 17th St., NW, Suite 510, Washington DC 20036 (phone: 202-496-0500; fax 202-469-0555), will be appearing as Plaintiff's local counsel in this action.

Plaintiffs, through his local counsel, also respectfully move for the admission Pro Hac Vice of Thomas H. Geoghegan, Esq., as counsel in this action.

The grounds for plaintiff's motion are as follows:

1. Mr. Geoghegan is an attorney with the firm Despres, Schwartz & Geoghegan, located at 77 West Washington Street, Suite 711, Chicago, Illinois 60602 (phone 312-372-2511); (fax 312-372-7391).

2. Mr. Geoghegan has been admitted to the practice of law in the States of Illinois and the District of Columbia, and has engaged in the practice of law for some 31 years. Mr. Geoghegan has not been disciplined by the Bar of any state and has not been admitted Pro Hac Vice in this Court within the past two years.

In light of the above, Plaintiffs respectfully submits that Mr. Geoghegan meets the requirements for the admission Pro Hac Vice for the purpose of this case.

For these reasons, this Court should admit Thomas Geoghegan Pro Hac Vice to the Bar of this Court.

Respectfully submitted,

_____
Edgar N. James
DC Bar No. 333013
JAMES & HOFFMAN, P.C.
Suite 510
1101 17th Street, NW
Washington, DC 20036
Phone: 202-496-0500
Fax:   202-496-0555

July 19, 2006

2