IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELS, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-CV-00939 |
| | ) |
| v. | ) Judge Royce C. Lamberth |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

### Declaration of Thomas H. Geoghegan Pursuant to 28 U.S.C. §1746

I, Thomas H. Geoghegan, declare pursuant to 28U.S.C. §1746 as follows:

1.  My name is Thomas Howard Geoghegan.

2.  I am seeking admission pro hac vice as counsel for plaintiffs in the above case.

3.  My office address is 77 West Washington Street, Chicago Illinois 60602 and our telephone number is 312-372-2511.

4.  I was admitted to the Bar of the District of Columbia in 1975 though I am not any longer an active member. I was admitted to the Bar of the State of Illinois in 1980 and am a member in good standing. I am also a member of the bar of the United States District Court for the Northern District of Illinois, Eastern Division, and a member of the trial bar. I am a member of the bar of the United States Court of Appeals for the Seventh Circuit and of the bar of the United States Court of Appeals for the Fifth Circuit.

5.  I have not been disciplined by any bar.

6. I have not been admitted pro hac vice in this court within the last two years.

7. I do not engage in the practice of law from any office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2006.

/s/   Thomas H. Geoghegan
Thomas H. Geoghegan