IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELS, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-CV-00939 |
| | ) |
| v. | ) Judge Royce C. Lamberth |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

Upon consideration of plaintiffs Notice of Appearance and Motion for Admission Pro Hac Vice and the materials submitted in support of said Motion, it is hereby:

ORDERED, that Thomas H. Geoghegan, Esq., is admitted Pro Hac Vice to the Bar of this Court for the purpose of appearing as Plaintiff's counsel in this case.

_____        _____
Date                                Judge Royce C. Lambert