IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELS, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-CV-00939 |
| | ) |
| v. | ) Judge Royce C. Lamberth |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rules 83.6(a), 83.2(c) and 83.2(d), Plaintiff Charles Daniels, et al., respectfully submits this Notice of Entry of Appearance and Motion for Admission Pro Hac Vice.

Plaintiff first informs the Court and the defendants that Edgar N. James, Esq. (DC Bar No. 333013), of the law firm James & Hoffman, P.C., 1101 17th St., NW, Suite 510, Washington DC 20036 (phone: 202-496-0500; fax 202-469-0555), will be appearing as Plaintiff's local counsel in this action.

Plaintiffs, through his local counsel, also respectfully move for the admission Pro Hac Vice of Jorge Sanchez, Esq., as counsel in this action.

The grounds for plaintiff's motion are as follows:

1.    Mr. Sanchez is an attorney with the firm Despres, Schwartz & Geoghegan, located at 77 West Washington Street, Suite 711, Chicago, Illinois 60602 (phone 312-372-2511); (fax 312-372-7391).

2. Mr. Sanchez has been admitted to the practice of law in the State of Illinois. He has been admitted to the bar of the United States District Court for the Northern District of Illinois, Eastern Division, and is part of the trial bar for that court. He also has been admitted into practice in the Federal District Court for the Eastern District of Michigan and the Federal District Court for the Northern District of Indiana. He is a member of the bar of the United States Court of Appeals for the Seventh Circuit. Mr. Sanchez has engaged in the practice of law for some 8 years. He not been disciplined by the Bar of any state and has not been admitted Pro Hac Vice in this Court.

In light of the above, Plaintiffs respectfully submits that Mr. Sanchez meets the requirements for the admission Pro Hac Vice for the purpose of this case.

For these reasons, this Court should admit Jorge Sanchez Pro Hac Vice to the Bar of this Court.

Respectfully submitted,

_____
Edgar N. James
DC Bar No. 333013
JAMES & HOFFMAN, P.C.
1101 17th Street, NW
Suite 510
Washington, DC 20036
Phone: 202-496-0500
Fax:   202-496-0555

July 19, 2006

2