IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS et al., )<br>, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY et al., )<br>    Defendants. )<br>) | No. 06-CV-00939<br><br>Judge Royce C. Lambert |

### Declaration of Jorge Sanchez Pursuant to 28 U.S.C. §1746

I, Jorge Sanchez, declare pursuant to 28U.S.C. §1746 as follows:

1. My name is Jorge Sanchez.

2. I am seeking admission pro hac vice as counsel for plaintiffs in the above case.

3. My office address is 77 West Washington Street, Chicago Illinois 60602 and our telephone number is 312-372-2511.

4. I was admitted to the Bar of the State of Illinois in 1998 and am a member in good standing. I have been admitted to the bar of the United States District Court for the Northern District of Illinois, Eastern Division, and am part of the trial bar for that court. I also have been admitted into practice in the Federal District Court for the Eastern District of Michigan and the Federal District Court for the Northern District of Indiana. I am a member of the bar of the United States Court of Appeals for the Seventh Circuit.

5. I have not been disciplined by any bar.

6. I have not been admitted pro hac vice in this court within the last two years.

7. I do not engage in the practice of law from any office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2006.


/s/   Jorge Sanchez
Jorge Sanchez