UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DANIELS**, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 06-939 (RCL) |
| **UNION PACIFIC RAILROAD COMPANY**, *et al.*, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

Upon consideration of the consent motion [14] filed by plaintiffs for an extension of time to respond to defendant Union Pacific Railroad Company's motion to dismiss, and for good cause shown, it is hereby

ORDERED that the motion [14] is GRANTED; and it is further

ORDERED that plaintiffs shall have until August 21, 2006 to respond to defendant Union Pacific Railroad Company's motion to dismiss.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.