UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DANIELS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 06-939 (RCL) |
| ) | |
| **UNION PACIFIC RAILROAD** ) | |
| **COMPANY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Federal Defendants' consent motion [15] for an extension of time to answer, move or otherwise respond to the amended complaint, and for good cause shown, it is hereby

ORDERED that the motion [15] is GRANTED; and it is further

ORDERED that Federal Defendants shall answer, move or otherwise respond to the amended complaint on or before August 24, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.