IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al.      )<br>                              )<br>     Plaintiffs,             )<br>                              )<br>v.                            )<br>                              )<br>UNION PACIFIC RAILROAD COMPANY, et al. )<br>                              )<br>     Defendants.             )<br>                              )<br>_____ ) | Civil Action No. 1:06-cv-00939-RCL |

**FEDERAL DEFENDANTS' STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

1. Mr. Charles Daniels commenced his employment with the Union Pacific Railroad Company ("UP") as a switchman or brakeman in 1996. Deposition of Charles L. Daniels ("Daniels Deposition") at 8, ll. 8-16, a copy of which is attached hereto as Government Exhibit 1.

2. On August 31, 1998, Mr. Daniels entered UP's student engineer certification program. FRA–Locomotive Engineer Certification Case, C.L. Daniels, Hearing Petitioner, DOT Docket No. FRA 2001-9837 (Former FRA Docket No. EQAL 00-51), Joint Stipulation of Material Facts ("Joint Stipulation") at ¶ 2, a copy of which is attached hereto as Government Exhibit 2.

3. From September 4, 1998, to July 12, 1999, Mr. Daniels completed 145 trips as a student engineer in which a locomotive engineer trainer and a conductor accompanied him. Joint Stipulation at ¶ 5.

4. On July 14, 1999, UP promoted Mr. Daniels from a student engineer to a train service engineer. Daniels Deposition at 32, ll. 2-5.

5. From July 17, 1999, to September 7, 1999, Mr. Daniels completed 30 trips as a train service engineer for UP. Joint Stipulation at ¶ 8.

6. During the relevant period of this proceeding, UP employed a grading system for evaluating its train service engineers and student engineers to determine whether they qualified for locomotive engineer certification. Id. at ¶ 23. Specifically, UP used a point system when conducting a skills performance test with a maximum point value of 100 points. Id. UP required its train service engineers to receive a minimum score of 80 to pass each of its skills performance tests. Id. at ¶ 7.

7. On September 3, 1999, Mr. Daniels took a UP skills performance test while operating a train from Van Buren, Arkansas, to Mayflower, Arkansas, for which he received a failing score of 76. Id. at ¶ 9; EOMS–Train Ride Detail Report (Sept. 3, 1999), a copy of which is attached hereto as Government Exhibit 3. UP then reclassified Mr. Daniels from a train service engineer to a student engineer. Letter from S.E. Kifer, senior manager of operation practices, UP, to C.L. Daniels 2 (Sept. 8, 1999), a copy of which is attached hereto as Government Exhibit 4. At no time did Mr. Daniels object to UP's reclassification of his certification to either UP or the Federal Railroad Administration ("FRA"). Joint Stipulation at ¶ 11.

8. From September 9, 1999, to February 3, 2000, Mr. Daniels made 107 trips as a student engineer in which a train service engineer supervised him. Id. at ¶ 13.

9. On December 14, 1999, Mr. Daniels took a UP skills performance test while he operated a train from North Little Rock, Arkansas, to Van Buren, Arkansas, on the railroad's Van Buren Subdivision, for which he received a failing score of 71. Id. at ¶ 15; Letter from Steve

2

Kifer to C.L. Daniels (Dec. 14, 1999), a copy of which is attached hereto as Government Exhibit 5. At no time did Mr. Daniels either rebut or attempt to explain, in writing, the findings summarized in Mr. Kifer's December 14, 1999 letter. Joint Stipulation at ¶ 17.

    10. On February 3, 2000, Mr. Daniels took a UP skills performance test while he operated a train from Bald Knob, Arkansas, to Dexter Junction, Missouri, for which he received a failing score of 61. Joint Stipulation at ¶ 18; Letter from Larry Breeden, then regional director of train operating practices compliance, Southern Region, UP, to C.L. Daniels 1 (Feb. 7, 2000) ("Breeden Letter"), a copy of which is attached hereto as Government Exhibit 6. UP subsequently removed Mr. Daniels from service because he failed the railroad's certification evaluation. Joint Stipulation at ¶ 19; Breeden Letter at 1, 2. At no time did Mr. Daniels either rebut or attempt to explain, in writing, the findings summarized in Mr. Breeden's February 7, 2000 letter. Joint Stipulation at ¶ 20; Daniels Deposition at 25, ll. 7-14.

    11. On March 1, 2000, UP denied Mr. Daniels locomotive engineer certification based on the findings summarized in the Breeden Letter, and terminated his service with the railroad. Joint Stipulation at ¶ 22; Letter from Jerry Everett, superintendent, UP, to C.L. Daniels (Mar. 1, 2000), a copy of which is attached hereto as Government Exhibit 7.

    12. On August 2, 2000, the Brotherhood of Locomotive Engineers ("BLE"), on behalf of Mr. Daniels, filed a petition with the Locomotive Engineer Review Board ("LERB" or "Board") of FRA, requesting that the Board review UP's decision to deny certification. (A copy of BLE's petition for review is attached hereto as Government Exhibit 8.)

13. On January 29, 2001, the LERB denied Mr. Daniels' petition, concluding that UP properly denied him certification. (A copy of the LERB's Review and Determinations Concerning Union Pacific Railroad Company's Decision to Deny Mr. C.L. Daniels Locomotive Engineer Certification, FRA Docket No. EQAL 00-51, is attached hereto as Government Exhibit 9.)

14. On February 16, 2001, the BLE, on behalf of Mr. Daniels, filed a request for an administrative hearing before FRA's Administrative Hearing Officer ("AHO"). (A copy of BLE's petition for an administrative hearing (with a cover letter from Charles Rightnower, BLE general chairman to Ivornette L. Nelson, then FRA's Docket Clerk (May 31, 2001)), is attached hereto as Government Exhibit 10.)

15. On April 19, 2006, the AHO dismissed Mr. Daniels' petition with prejudice. (A copy of the AHO's Decision and Order of Dismissal, C.L. Daniels, Hearing Petitioner, DOT DKT. # FRA 2001-9837 (FRA Docket No. EQAL 00-51) is attached hereto as Government Exhibit 11.)

16. On May 19, 2006, the Brotherhood of Locomotive Engineers and Trainmen, on behalf of Mr. Daniels, filed an appeal of the AHO's decision with the FRA Administrator. (A copy of C.L. Daniels' appeal is attached hereto as Government Exhibit 12.)

17. On July 31, 2006, the FRA Administrator denied Mr. Daniels' appeal in a decision, constituting FRA's final agency action of the proceeding. (A copy of the Administrator's Final Decision is attached hereto as Government Exhibit 13.)

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. Bar #451058
        United States Attorney


        /s/
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney


        /s/
        PETER D. BLUMBERG, D.C. Bar #463247
        Assistant United States Attorney
        United States Attorney's Office
        Judiciary Center Building
        555 Fourth Street, N.W., 10th Floor
        Washington, D.C.  20530
        (202) 514-7157

OF COUNSEL:
S. MARK LINDSEY
Chief Counsel
MICHAEL T. HALEY
Deputy Chief Counsel
MARK TESSLER
Assistant Chief Counsel for Safety
BILLIE A. STULTZ
Deputy Assistant Chief Counsel for Safety
JONATHAN L. KAPLAN
Senior Trial Attorney


Dated: August 24, 2006