**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHARLES DANIELS, et al.                    )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )        Civil Action No. 1:06-cv-00939-RCL
                                           )
UNION PACIFIC RAILROAD COMPANY, et al. )
                                           )
        Defendants.                        )
                                           )
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of Federal Defendants' Motion to Dismiss, the grounds stated

therefor, and the entire record herein, it is the _____ day of _____, 2006, hereby

ORDERED that Federal Defendants' Motion should be and it hereby is GRANTED, and

it is further

ORDERED that Plaintiffs' First Amended Complaint as it relates to Federal Defendants

be and hereby is dismissed with prejudice.


                                    _____
                                    ROYCE C. LAMBERTH
                                    UNITED STATES DISTRICT JUDGE


Distribution: via ECF