**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIELS, et al., )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY, et al., )<br>)<br>       Defendants. ) | Case Number 1:06-CV-00939<br><br>Judge Royce C. Lamberth |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

    Plaintiffs Charles Daniels and the Brotherhood of Locomotive Engineers and Trainmen, Central Region, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time in which to a file an opposition to the Motion to Dismiss or, in the Alternative, for Summary Judgment, filed by defendants the Federal Railroad Administration ("FRA") and FRA's Locomotive Engineer Review Board ("LERB"). Plaintiff's opposition is due pursuant to Local Rule 7 and Fed. R. Civ. P. 6 (a) on September 5, 2006. Counsel for plaintiff requests an extension of time to September 27, 2006, to respond to defendants' motion. Counsel for defendants FRA and LERB have indicated that they do not oppose the motion.

                                                                             Respectfully submitted,

Date: September 1, 2006                                   /s/_____
                                                                     Edgar N. James
                                                                     D.C. Bar No. 333013
                                                                     JAMES & HOFFMAN, P.C.
                                                                     1101 17th Street, N.W.
                                                                     Washington, DC 20036-4704
                                                                     Phone: 202-496-0500
                                                                     Fax:    202-496-0555