UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-939 (RCL) |
| ) | |
| UNION PACIFIC RAILROAD   ) | |
| COMPANY, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

### ORDER

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to respond to defendants the Federal Railroad Administration ("FRA") and FRA's Locomotive Engineer Review Board ("LERB") Motion to Dismiss or, in the Alternative, for Summary Judgment, until September 27, 2006, which has been consented to by counsel for the defendants, it is hereby

ORDERED, that the plaintiff shall have until September 27, 2006 within which to respond to defendants FRA's and LERB's Motion to Dismiss or, in the Alternative, for Summary Judgment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 5, 2006.