IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al.            ) | |
|                                    ) | |
|     Plaintiffs,                    ) | |
|                                    ) | |
| v.                                 ) | Civil Action No. 1:06-cv-00939-RCL |
|                                    ) | |
| UNION PACIFIC RAILROAD CO, et al., ) | |
|                                    ) | |
|     Defendants.                    ) | |

**FEDERAL DEFENDANTS' CONSENT MOTION
FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Defendants Locomotive Engineer Review Board and Federal Railroad Administration ("Federal Defendants") respectfully move this Court for an enlargement of time, through and including October 30, 2006, within which to file their reply memorandum in support of their Motion to Dismiss or for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Plaintiffs filed their opposition to Defendants' Motion on September 27, 2006. Defendants' reply is therefore presently due October 10, 2006.

2. Federal Defendants need additional time to prepare a reply to plaintiffs' opposition. This time is needed principally due to the large number of other filing deadlines faced by Federal Defendants' lead counsel at the current time, including responding to a Complaint in Roane v. Gonzales, 05-2337 (RWR) (constitutional challenge to the Federal Government's lethal injection protocol); an appellate brief in Taylor v. Blakey; and briefing on equitable relief in Fund for Animals v. Hall, 03-0677 (RMU) (addressing whether the District Court should enjoin hunting on certain National Wildlife Refuges while the Fish and Wildlife Service conducts additional NEPA analysis).

3. Federal Defendants therefore request an enlargement of time within which to file its

Reply, through and including October 30, 2006.

    4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    5. This is the first enlargement of time of the reply deadline sought in this matter by Federal Defendants.

    6. Pursuant to Local Rule 7(m), counsel for Federal Defendants has consulted with counsel for plaintiff and co-defendants. All counsel have graciously given consent to the relief requested.

    For these reasons, Federal Defendants request that the Court grant their Consent Motion for Enlargement of Time Within Which to File Reply Memorandum. A proposed order is attached.

                                                Respectfully submitted,

                                                _____/s/_____
                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney

                                                _____/s/_____
                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                _____/s/_____
                                                PETER D. BLUMBERG, Bar # 463247
                                                Assistant United States Attorney
                                                United States Attorneys Office
                                                Judiciary Center Building
                                                555 4th Street, N.W.,
                                                Washington, D.C. 20530
                                                (202) 514-7157

                                                Attorneys for Defendants

Dated: October 6, 2006