IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNION PACIFIC RAILROAD CO, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:06-cv-00939-RCL |

## ORDER

This matter comes before the Court on Federal Defendants' Consent Motion for Extension of Time Within Which to File Reply Memorandum. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendants shall have through and including October 30, 2006 within which to file their reply memorandum.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE