UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHARLES DANIELS,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-939 (RCL) |
| **UNION PACIFIC RAILROAD COMPANY,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on defendants' Consent Motion [27] for Extension of Time Within Which to File Reply Memorandum. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that defendants shall have through and including October 30, 2006, within which to file their reply memorandum.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.