## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **CHARLES DANIELS,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-939 (RCL)** |
| ) | |
| **UNION PACIFIC RAILROAD** ) | |
| **COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

---

## <u>ORDER</u>

Upon consideration of plaintiffs' [16] Notice of Appearance and Motion for Admission *Pro Hac Vice*, and the supporting materials submitted therewith, it is hereby

ORDERED that Thomas H. Geoghegan, Esq., is admitted *Pro Hac Vice* to the Bar of this Court for the purpose of appearing as plaintiffs' counsel in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 21, 2006.