UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DANIELS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-939 (RCL) |
| ) | |
| **UNION PACIFIC RAILROAD** ) | |
| **COMPANY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of plaintiffs' [17] Notice of Appearance and Motion for Admission *Pro Hac Vice*, and the supporting materials submitted therewith, it is hereby

ORDERED that Jorge Sanchez, Esq., is admitted *Pro Hac Vice* to the Bar of this Court for the purpose of appearing as plaintiffs' counsel in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 21, 2006.