UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DANIELS,** *et al.*,  )<br>  )<br>    **Plaintiffs,**  )<br>  )<br>    v.  )<br>  )<br>**UNION PACIFIC RAILROAD CO.,**  )<br>*et al.*,  )<br>  )<br>    **Defendants.**  )<br>_____ ) | Civil Action No. 06-939 (RCL) |

## ORDER

Before the Court are the Motions [13 & 21] to Dismiss filed by, respectively, Union Pacific Railroad Co. and the federal defendants, the Locomotive Engineer Review Board and the Federal Railroad Administration. Upon consideration of the motions and papers in support thereof and opposition thereto, the applicable law, and the entire record herein, and for the reasons set forth in the Memorandum Opinion issued this date, it is hereby

ORDERED, that the Motions [13 & 21] to Dismiss are GRANTED; and it is further

ORDERED, that this action is DISMISSED; and it is further

ORDERED, that the Motion [22] for Summary Judgment is DENIED as moot.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 29, 2007.