IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES DANIELS and<br>BROTHERHOOD OF<br>LOCOMOTIVE<br>ENGINEERS AND TRAINMEN,<br>CENTRAL REGION,<br>      Plaintiffs,<br><br>      v.<br><br>UNION PACIFIC RAILROAD<br>COMPANY, LOCOMOTIVE<br>ENGINEER REVIEW BOARD, and<br>FEDERAL RAILROAD<br>ADMINISTRATION<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-939 (RCL)<br><br><br><br><br><br>NOTICE OF APPEAL |

TO:

Mr. Don Munro
Goodwin and Proctor
901 New York Avenue
Washington DC 20001
202 345-4000
Counsel for Defendant Union Pacific
Railroad Company

Mr. Peter Blumberg
Judiciary Center
555 4th Street NW
Washington, D.C. 20530
202 514 7059
Counsel for Defendants Federal Railroad
Administration and Locomotive Engineer
Review Board

    NOTICE IS HEREBY GIVEN that plaintiffs Charles Daniels and Brotherhood of

Locomotive Engineers and Trainmen, Central Region, hereby appeal to the United States

Court of Appeals for the District of Columbia from the Judgment and Memorandum

Opinion and Order granting Motion to Dismiss by Union Pacific Railroad Company and

granting the Motion to Dismiss of Locomotive Engineer Review Board and Federal

Railroad Administration and entering judgment in favor of all defendants in this action

March 29, 2007.

              By: __/s/_____

              Thomas H. Geoghegan
              Despres Schwartz & Geoghegan
              77 W. Washington Street, Ste. 711
              Chicago, IL 60602
              (312) 372- 2511

              Edgar N. James
              (D.C. Bar No 333013)
              James and Hoffman, P.C.
              1101 17th Street, N.W.
              Washington, D.C. 20036

              Counsel for Plaintiffs

April 9, 2007