UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DANIELS, ) <br> 1404 Country Club Road ) <br> Sherwood, Arkansas 72120 ) <br> ) <br> and ) <br> ) <br> BROTHERHOOD OF LOCOMOTIVE ) <br> ENGINEERS AND TRAINMEN, ) <br> CENTRAL REGION, ) <br> 320 Brookes Drive, Suite 115 ) <br> Hazelwood, MO 63042 ) <br> ) <br>     Plaintiffs, ) <br> ) <br>        v. ) <br> ) <br> UNION PACIFIC RAILROAD ) <br> COMPANY ) <br> 600 13th Street., N.W., Room 340 ) <br> Washington DC 20008 ) <br> ) <br> and ) <br> ) <br> LOCOMOTIVE ) <br> ENGINEER REVIEW BOARD ) <br> And FEDERAL RAILROAD ) <br> ADMINISTRATION ) <br> 1120 Vermont Avenue, N.W., Stop 35 ) <br> Washington, D.C. 20005 ) <br> ) <br>     Defendants. ) <br> _____) | Civil Action No. 06-0939 (RCL) <br> Electronic Case Filing |

<u>NOTICE OF ENTRY AND WITHDRAWAL OF ATTORNEY APPEARANCE</u>

    THE CLERK of the Court will please enter the appearance of Assistant United States

Attorney Marian L. Borum as counsel of record for Defendants, and withdraw the

appearance of former Assistant United States Attorney Peter Blumberg as counsel of record.

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
555 4th Street, N.W. - Room E4810
Washington, DC 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov