# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5114**  **September Term, 2007**

CHARLES DANIELS AND
BROTHERHOOD OF LOCOMOTIVE ENGINEERS
AND TRAINMEN, CENTRAL REGION,
APPELLANTS

v.

UNION PACIFIC RAILROAD COMPANY, ET AL.,
APPELLEES

FILED ON: JULY 1, 2008

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00939)

Before: HENDERSON, ROGERS and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:
/s/
MaryAnne McMain
Deputy Clerk

Date: July 1, 2008

Opinion for the court filed by Circuit Judge Henderson.
Circuit Judge Brown concurs in the opinion of the Court except as to footnotes 8, 9 and 13.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk